

# Memorandum

To: The Honorable F. Dennis Saylor, IV
Chief U.S. District Judge

From: Hannah Mackey
U.S. Probation Officer

Date: September 9, 2024

Re: Forbes, Marvin; Dkt. No.: 1:19CR10220-1
**Request to Suspend Financial Obligations**

---

The purpose of this Memorandum is to respectfully request that the Court suspend Mr. Forbes' financial obligations, as ordered by the Court.

On May 26, 2022, Mr. Forbes appeared before Your Honor after having previously pled guilty to Distribution of and Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1). Thereafter, he was sentenced to 14 months Bureau of Prisons custody (deemed served) to be followed by 3 years of supervised release. In addition to the standard conditions of supervised release, the Court imposed a Special Penalty Assessment in the amount of $400.

Mr. Forbes' supervision began on May 26, 2022. Since that time, Mr. Forbes has been unable to obtain employment due to an inability to obtain his ID. This Memorandum is to request that Mr. Forbes' financial obligations be suspended, in order to assist him obtaining his ID card and, subsequently, verifiable employment. Should Mr. Forbes obtain employment, the Probation Office will advise the Court. This suspension will give him the opportunity to continue to work on obtaining his birth certificate, or other forms of acceptable identifying paperwork, which is needed in order to obtain a Massachusetts State ID.

If Your Honor concurs with the above-noted request, kindly indicate in the appropriate space below.


Reviewed and approved by:

/s/
Christopher Foster
Supervisory U.S. Probation Officer

The Court Orders:

[ ] Request approved: The noted financial obligation is suspended

[ ] Request not approved

[ ] Other:_____

_____
The Honorable F. Dennis Saylor, IV
Chief U.S. District Judge

Date: _____